JOSEPH CEWE, ADMINISTRATOR (ESTATE OF MARK D. CEWE) *v.* HENRY BOHN, JR., ET AL.
(8234)

DALY, O'CONNELL and CRETELLA, Js.

Argued May 2—decision released May 10, 1990

*Howard A. Lawrence,* for the appellant (plaintiff).

*Paul E. Pollock,* for the appellees (named defendant et al.).

PER CURIAM. There is no error.

DIANNE DE MARTINO *v.* PARKVIEW WEST ASSOCIATES
(8239)

DALY, LAVERY and CRETELLA, Js.

Argued April 30—decision released May 10, 1990

*Ira B. Grudberg,* with whom was *Alice S. Miskimin,* for the appellant (plaintiff).

*James P. Connolly,* for the appellee (defendant).

PER CURIAM. There is no error.